UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 16-00334-JLS | Date | April 21, 2016 |
|---|---|---|---|
| Title | IN RE DESIREE C. SAYRE | | |

| Present: The Honorable | JOSEPHINE L. STATON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Terry Guerrero | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not Present | Not Present | |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

The Court on its own motion, hereby ORDERS Appellant(s) to show cause in writing no later than **April 29, 2016**, why this action should not be dismissed for lack of prosecution. Alternatively, it will be a sufficient response to this OSC to have filed on or before the OSC date the following:

• Certificate of Readiness from the Bankruptcy Court

Appellant(s) have the responsibility to respond promptly to orders and to prosecute the action diligently, including filing the designation of record, statement of issues on appeal and notice regarding the ordering of transcripts with the Bankruptcy Court.

NO oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a written response or the Certificate of Readiness on or before the date upon which a response by appellant is due.

Appellant shall move this case forward or the matter will be dismissed.

**CC: Bankruptcy Court-Santa Ana**

:

Initials of Preparer

tg